UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WAYNE TOMLINSON, JR., | NO. ED CV 18-0022-AB(E) |
| Plaintiff, | |
| v. | ORDER RE VOLUNTARY DISMISSAL |
| DR. MONTENEGRO, et al., | OF ACTION WITHOUT PREJUDICE |
| Defendants. | |

On January 4, 2018, Plaintiff filed a Complaint. On January 18, 2018, the Court filed an "Order Dismissing Complaint With Leave to Amend," allowing the filing of a First Amended Complaint within thirty (30) days of January 18, 2018. No First Amended Complaint has been filed.

Meanwhile, on February 7, 2018, Plaintiff filed a document entitled "Order Dismissing Complaint Without Prejudice," expressing Plaintiff's desire that the action be dismissed without prejudice. The Court construes this document as a notice of voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

1 │     Rule 41(a) permits a plaintiff to dismiss an action voluntarily,
2 │ without court order, by filing a notice of dismissal at any time
3 │ before service by an adverse party of an answer or a motion for
4 │ summary judgment.  No defendant has filed an answer or motion for
5 │ summary judgment in this action.  Therefore, under Rule 41(a)(1), the
6 │ action is deemed dismissed by operation of law.  See Commercial Space
7 │ Management Co. v. Boeing Co., 193 F.3d 1074, 1078 (9th Cir. 1999)
8 │ ("it is beyond debate that a dismissal under Rule 41(a)(1) is
9 │ effective on filing, no court order is required, the parties are left
10│ as though no action had been brought, the defendant can't complain,
11│ and the district court lacks jurisdiction to do anything about it").
12│ This dismissal is without prejudice.  See Fed. R. Civ. P. 41(a).
13│
14│          DATED: March 2, 2018.
15│
16│                                    _/s/ André Birotte Jr._
17│                                    _____
18│                                              ANDRÉ BIROTTE JR.
     │                                    UNITED STATES DISTRICT JUDGE
19│
20│ PRESENTED this 23rd day
21│ of February, 2018, by:
22│
23│          /s/
     │     CHARLES F. EICK
24│ UNITED STATES MAGISTRATE JUDGE
25│
26│
27│
28│

                                   2